FISHER v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Elizabeth Fisher, as executrix, against the New York, New Haven & Hartford Railroad Company. No opinion. Application denied, with $10 costs. Order filed.

FISHMAN v. BAUMSTEIN. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Isaac Fishman against William Baumstein. No opinion. Application granted. Order signed. See, also, 150 N. Y. Supp. 101.

FLANAGAN et al., Respondents, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by James Flanagan and another against Egbert E. Thomas.

PER CURIAM. Judgment for specific performance affirmed, with costs. The learned Special Term has found that the judgment in foreclosure in the action of the Columbus Trust Company against the heirs at law of Lula P. McGarry and others is conclusive upon all the parties thereto, and barred the equity of redemption. This conclusion is well sustained by the judgment roll, and by the evidence aliunde from the Surrogate's Court of Orange county. That record of letters of administration on the estate of Lula P. McGarry to a creditor as administrator is followed by the administrator's subsequent receipt of the surplus money in this foreclosure, and its distribution among the deceased's creditors. As proof of death there was, therefore, the inference from the exact identity of names (16 Cyc. 1055), confirmed by the deceased being described as in the town of New Windsor, where the mortgaged land was situated, together with the surrogate's subsequent disposition of the proceeds of this mortgaged property. The other objections to dispensing with notice of the application for the appointment of a guardian for the unknown heirs, and to the form of the order of reference, do not affect the judgment, and are therefore unavailable to this defendant.

FOGEL, Respondent v. NEW YORK RYS. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by Jacob Fogel against the New York Railways Company. J. P. Brennan, of New York City, for appellant. A. Hutter, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FOLLERT v. ERIKSON et al. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Anton Follert, as administrator, etc., against John Erikson and the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 App. Div. 372, 141 N. Y. Supp. 428.

FRANK, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Second Department. Feb. 11, 1915.) Action by Bertha Frank against Moses Frank.

PER CURIAM. Judgment affirmed, with costs. See, also, 160 App. Div. 898, 144 N. Y. Supp. 1116.

BURR, J., not voting.

FRANK, Respondent, v. HOWE, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Adam Frank against Charles M. Howe. W. E. Ernst, of New York City, for appellant. A. Frank, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRENCH, Appellant, v. FRENCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Elizabeth French against Benjamin F. French. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 151 N. Y. Supp. 1116.

FRENCH, Appellant, v. FRENCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Elizabeth French against Benjamin F. French. No opinion. Order dismissing appeal vacated, and application to withdraw motion granted, upon stipulation filed. See, also, 151 N. Y. Supp. 1116.

FRIEDEBERG, Respondent, v. CHAPMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Theodore Friedeberg against Levi S. Chapman and another. No opinion. Judgment affirmed, with costs.

FRUEAUFF et al., Respondents, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles A. Frueauff and another against George Moore and another. P. Bonynge, of New York City, for appellants. W. B. Robinson, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Pace v. Amend, 164 App. Div. 206, 149 N. Y. Supp. 736. Order filed.

FULTON, Respondent, v. RICHMOND COUNTY SOCIETY FOR PREVENTION OF CRUELTY TO CHILDREN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Edward J. Fulton against the Richmond County Society for the Prevention of Cruelty to Children, impleaded with others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, question certified, and order signed.

JENKS, P. J., takes no part.

In re FURLONG. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) In the matter of the application of Henry J. Furlong for reinstatement as a mem-